FILED

FEB - 3 2010

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
F.040-1166

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br>JESSIE R. SOLLEZA,<br><br>Debtor. | Case No. 09-71677<br><br>CHAPTER 7<br><br>R.S. No. DRP – 660<br><br>ORDER GRANTING MOTION FOR<br>RELIEF FROM AUTOMATIC STAY<br><br>Hearing-<br>Date : February 3, 2010<br>Time : 10:30 a.m.<br>Place : U.S. Bankruptcy Court<br>       1300 Clay Street, 2nd Floor<br>       Oakland, CA<br>       Courtroom 220 |

The Motion for Relief from Automatic Stay of U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on February 3, 2010 at 10:30 a.m., before the Honorable Randall J. Newsome. Appearances were as set forth in the Court record.

-1-

After reviewing the pleadings and records and determining that GOOD CAUSE exists, the Court makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **242 Cherry Way, Hayward, California** pursuant to applicable statutory law, and may thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: 2/3/10

_____
Judge of the United States Bankruptcy Court

# COURT SERVICE LIST

Jessie R. Solleza
242 Cherry Way
Hayward, CA 94541
Debtor


Cliff Capdevielle, Esquire
Law Offices of Cliff Capdevielle
2161 Shattuck Ave., #228
Berkeley, CA 94704
Attorney for Debtor


Lois I. Brady
P. O. Box 12754
Oakland, CA 94604
Chapter 7 Trustee


U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202


Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364